1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID J. GALLEGOS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  CYNTHIA WOOD

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,    )  No. 2:12-MJ-00075-DAD
15                              )
               Plaintiff,       )
16                              )  STIPULATION TO CHANGE OF PLEA
        v.                      )
17                              )
   CYNTHIA WOOD,                )  Date:  May 8, 2012
18                              )  Time:  10:00 a.m.
               Defendant.       )  Judge: Hon. Dale A. Drozd
19                              )
   _____ )
20

21      IT IS HEREBY STIPULATED between the parties through their

22 respective counsel, Justin L. Lee, Special Assistant United States

23 Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

24 attorney for CYNTHIA WOOD, and Certified Student Attorney, David J.

25 Gallegos, that the Court vacate the motion hearing on May 1, 2012 at

26 10:00 a.m., and vacate the court trial on May 2, 2012 at 9:00 a.m., and

27 set a change of plea hearing for May 8, 2012 at 10:00 a.m.

28

```
Dated:  April 24, 2012
                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda Harter
                                        LINDA HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        CYNTHIA WOOD

                                        /s/ David J. Gallegos
                                        DAVID J. GALLEGOS
                                        Certified Student Attorney

Dated:  April 24, 2012                  BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Justin L. Lee
                                        JUSTIN L. LEE
                                        Special Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.

DATED: April 24, 2012.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
wood0075.stipo.vac.set

Stip to Change Plea                     -2-